**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IVETTE CALDERON,

<table>
<tr><td></td><td>Plaintiff,</td><td>26-CV-02042 (SN)</td></tr>
<tr><td>-against-</td><td></td><td><u>ORDER</u></td></tr>
</table>

**COMMISSIONER OF SOCIAL SECURITY,**

Defendant.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff requested that the Court appoint *pro bono* counsel to assist her with her complaint for judicial review of a final decision of the Commissioner of Social Security denying her disability benefits. <u>See</u> ECF No. 3. Plaintiff indicates in her request that she has already communicated with Carolyn Kubitschek, and that Ms. Kubitschek has expressed an intent to assist the Plaintiff upon the filing of this action. Accordingly, the Court directs the Plaintiff to contact Ms. Kubitschek, who coordinates the New York County Lawyers Association (NYCLA) Social Security SDNY Project, for additional assistance. Information regarding NYCLA's *pro bono* project is attached to this Order.

The Clerk of Court is requested to terminate the motion at ECF No. 3.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      April 1, 2026
            New York, New York



**Social Security SDNY Project**
*Pro Bono Programs*

**To all individuals who have Social Security or Supplemental Security Income cases:**

The New York County Lawyers Association (NYCLA) has provided free legal assistance to thousands of people who cannot afford lawyers. If you cannot afford a lawyer, you may qualify for free legal representation in your appeal in the Southern District of New York.

If you would like to consult with a lawyer, please call Carolyn A. Kubitschek at (212) 349-0900. We cannot guarantee that everyone who calls will get a lawyer, but we are committed to providing as many individuals as possible with free legal representation in their federal appeals.

Sincerely,

Anthe Maria Bova
General Counsel & Director of Pro Bono Programs

---

**A todas las personas que tienen casos de Seguro Social o Seguridad de Ingreso Suplementario:**

El *New York County Lawyers Association* (NYCLA) ha brindado asistencia legal gratuita a miles de personas que no pueden pagar un abogado. Si no puede pagar un abogado, puede calificar para representación legal gratuita en su apelación en el tribunal del 'Southern District of New York.'

Si desea consultar con un abogado, por favor llame a Carolyn A. Kubitschek al (212) 349-0900. No podemos garantizar que todos los que llamen obtengan un abogado, pero estamos comprometidos a brindar representación legal gratuita al mayor número posible de personas en sus apelaciones federales.

Atentamente,

Anthe Maria Bova
Asesora General y Directora de Programas Pro Bono